

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00885-CR

Victor Perez **PRADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5355
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the docketing statement is
GRANTED. Time is extended to January 20, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 7th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court